**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| NATHAN FEE, JERRY MICKENS, KELLEY MUNZING, ADRIAN MARTINEZ, STEPHANIE PHILLIPS, ANDREA HOLNESS, PEGGY GRINDSTAFF, JOSEPH RONGA, and MARIA GIORDANO, | ) ) ) ) ) ) ) | Case No. 3:20-cv-1484-S |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| C. R. BARD, INC., a New Jersey Corporation; BARD PERIPHERAL VASCULAR, INC., an Arizona Corporation; MCKESSON CORPORATION, a Corporation; and DOES 1 through 100 inclusive, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MCKESSON CORPORATION'S MOTION TO DISMISS WITHOUT PREJUDICE PLAINTIFFS' CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION

Pursuant to Federal Rule of Civil Procedure 12(b)(1), and because Defendant McKesson Corporation ("McKesson Corp.") is fraudulently joined to this action, as outlined in the Bard Defendants' Notice of Removal (Doc. No. 1, at ¶¶ 23-52), and for the reasons set forth in the accompanying Memorandum of Law in Support, McKesson Corp. respectfully moves this Court to dismiss without prejudice Plaintiffs' claims against it for lack of subject matter jurisdiction.

Respectfully submitted,

*/s/Melissa Dorman Matthews*
Melissa Dorman Matthews
Texas Bar No. 00790603
mmatthews@hartlinebarger.com
Jordan E. Jarreau
Texas Bar No. 24110049
jjarreau@hartlinebarger.com
**HARTLINE BARGER LLP**
8750 N. Central Expy., Suite 1600
Dallas, Texas 75231
Telephone: (214) 369-2100
Facsimile: (214) 267-4271

**ATTORNEYS FOR DEFENDANT MCKESSON CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June, 2020, a true and correct copy of the foregoing document was served upon all known counsel of record via ECF in accordance with the Federal Rules of Civil Procedure.

/s/ *Melissa Dorman Matthews*
Melissa Dorman Matthews

-2-